IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| STANLEY STEARNS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 109-102 |
| | ) | |
| ERIC K. SHINSEKI, Secretary of the | ) | |
| Department of Veterans Affairs, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's case is **DISMISSED** without prejudice, and this case be **CLOSED**.

SO ORDERED this 1st day of March, 2010, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE

---

[1] The Court has liberally construed Plaintiff's letter dated February 9, 2010, as objections to the Report and Recommendation. Although Plaintiff submitted a letter stating he does not wish to dismiss his case, and intends to pursue it in the very near future (doc. no. 9), he has not submitted an amended complaint, nor has he submitted any explanation or reason for failing to submit an amended compliant.